# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JAMES WILLIAMS a/k/a MICHAEL FOSTER,** | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | **CIVIL ACTION NO. 21-CV-4135** |
| | : | |
| **DEPARTMENT OF CORRECTIONS,** *et al.*, | : | |
| Defendants. | : | |

## ORDER

AND NOW, this 25th day of January, 2022, upon consideration of James Williams's a/k/a Michael Foster's Second Amended Complaint (ECF No. 17), it is **ORDERED** that:

1. Williams's Second Amended Complaint is **DISMISSED WITH PREJUDICE** for failure to state a claim, pursuant to 28 U.S.C. § 1915A(b)(1) for the reasons stated in the Court's Memorandum.

2. The Clerk of Court is **DIRECTED** to close this case.

**BY THE COURT:**

/**s**/ Juan R. Sánchez

**JUAN R. SÁNCHEZ, C.J.**